Thomas Hughes, Appellant, v. Realty Accumulating Company and Great Kills Improvement Company, Respondents.— Judgment reversed upon the law, and new trial granted, costs to appellant to abide the event, because of errors made by the trial court in excluding plaintiff's testimony upon the theory that there could be no recovery on the contracts alleged for the services rendered, in the absence of proof of the adoption of a formal resolution by the board of directors employing the plaintiff. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

In the Matter of the Application of the City of New York, etc., Relative to Acquiring Right and Title to Certain Real Property, etc., for Ferry Purposes at and Near the Foot of State Street and Atlantic Avenue in the Borough of Brooklyn, etc. Union Ferry Company of New York and Brooklyn, Appellant.— Order denying application to compel the comptroller to pay interest after lapse of six months from date of final order and prior to written demand for payment, affirmed, with ten dollars costs and disbursements, upon authority of *Matter of City of New York, Gouverneur Slip Pier West* (210 N. Y. 451); *Matter of City of New York, Westchester Avenue* (217 App. Div. 381, 385). Kelly, P. J., Manning, Lazansky and Hagarty, JJ., concur; Young, J., dissents.

In the Matter of the Application of Frank V. McCue for a Certiorari Order Directed to Martin F. Murray, as Commissioner of Public Safety of the City of Glen Cove.— Determination of commissioner of public safety of the city of Glen Cove reversed upon consent, without costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ. Settle order on notice.

Morris B. Israelsky, Appellant, v. Bertha Such, Doing Business under the Firm Name and Style of Such Bargain House, Respondent.— Order relieving defendant from default in payment of installment due upon judgment, and permitting her to make such payment after its due date, and vacating execution, reversed upon the law, with ten dollars costs and disbursements, and motion denied and stay of execution vacated, with ten dollars costs, upon authority of *Friedman* v. *Such [ante,* p. 830], decided herewith. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

Joseph Lo Tufo, Appellant, v. Valentine Bangert, Respondent.— Judgment and order reversed upon the law and new trial granted, costs to appellant to abide the event, because of error in the exclusion of evidence, at folio 144, of statements made by defendant immediately after the accident. Kelly, P. J., Young and Hagarty, JJ., concur; Manning, J., dissents; Lazansky, J., dissents upon the ground that counsel failed to disclose to the court the relevancy and materiality of the proposed proof.

Marcus M. McCullough, as Trustee in Bankruptcy of Frank Auditore, Bankrupt, Respondent, v. Louisa Auditore, Defendant. Frank Auditore, Appellant.— Order denying motion for order purging appellant of contempt affirmed, with ten dollars costs and disbursements. The examination of appellant before trial, finally obtained after he had apparently exhausted every method to avoid it, legal and illegal, shows a continued contempt of the court and of the law of the land. We agree with the learned justice at Special Term that " The course of conduct of the witness here tends to bring the administration of justice into disrepute." Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.